UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 19-cv-22434

ELIZABETH GINER,

    Plaintiff,

vs.

ALL STARS INSURANCE PARTNERS, INC. D/B/A
ESTRELLA INSURANCE, and GUDELIA FUNDORA,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendants, ALL STARS INSURANCE PARTNERS, INC.[1] D/B/A ESTRELLA INSURANCE hereinafter "Allstars Insurance"), and GUDELIO FUNDORA (hereinafter "Defendant Fundora"), by and through its undersigned counsel and pursuant to 28 U.S.C. § 1331 and 28 U.S.C. §1441(a), files this Notice of Removal of this cause from the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida and allege as follows:

1.    Defendants are named in a civil action brought in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida captioned *Elizabeth Giner v. All Stars Insurance Partners, Inc. d/b/a Estrella Insurance, and Gudelio Fundora, Case No. 2018-37632 CA 01*.  *See* Exhibit A.

---

[1] The correct spelling of the corporate Defendant's name is ALLSTARS INSURANCE PARTNERS, INC.

2. Plaintiff served both Defendants with the Amended Complaint on May 23, 2019. *See* Exhibit B[2]. Accordingly, this Notice of Removal is timely filed within thirty (30) days after the date of receipt of the summons and a copy of the Amended Complaint setting the claim for relief upon which this action is based. See 28 U.S.C. § 1446(b); *Murphy Brothers, Inc., v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999)(holding that thirty day time period under removal statute begins to run from the date of formal service). Pursuant to Fed.R.Civ.P.81(c), Defendants may file their responsive pleading to Plaintiff's Amended Complaint within seven days after the filing of this Notice of Removal. Fed. R. Civ. P. 81(c).

3. Plaintiff filed an Amended Complaint alleging claims for sexual harassment and retaliation pursuant to the Florida Civil Rights Act (Count I) and Title VII, 42 U.S.C. §2000e, et. seq, as amended and (Count II) against Defendant Allstars Insurance Partners. This Court has original subject matter jurisdiction over Plaintiff's Amended Complaint pursuant to 28 U.S.C. §1331[3] and 28 U.S.C. §1441(c).

4. This Court has supplemental jurisdiction pursuant to 28 U.S.C. §1367[4] for the state law claims of assault & battery (Count II[5]) and false imprisonment (Count III) against individually named Defendant, Gudelio Fundora, which arise from the same set of facts that give rise to Plaintiff's claim for alleged violation of Title VII, 42 U.S.C. §2000e, et. seq., as amended.

---

[2] Defendants have only been served with the Amended Complaint.
[3] The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treatises of the United States.
[4] In an civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.
[5] The Title VII claim and the claim for assault & battery are both referred to as Count II in Plaintiff's Amended Complaint.

5. The United States District Court for the Southern District of Florida embraces the county in which the state court action is now pending and, therefore, this Court is a proper venue for this action pursuant to 28 U.S.C. § 105(a)(1).

6. As required by 28 U.S.C. § 1446(d), a Notice to State Court of Removal, along with a copy of this Notice of Removal, will be promptly filed in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida and served upon counsel. A copy of the Notice to State Court of Removal is attached as Exhibit C.

WHEREFORE, Defendants respectfully request that this matter be removed from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida.

DATED this 12th day of June 2019.

Respectfully submitted,

     s/Ena T. Diaz
Ena T. Diaz
Fla. Bar No. 0090999
ENA T. DIAZ, P.A.
*Attorney for Defendant*
999 Ponce De Leon Blvd. – Ste 720
Coral Gables, FL 33134
Tel.: (305) 377-8828
Fax: (305) 356-1311
ediaz@enadiazlaw.com

4

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the Notice of Removal was electronically filed with the Clerk of Court by using the CM/ECF system and was served via e-mail on counsel for Plaintiff, Sina Negahbani, Esq. (NegahbaniS@yahoo.com), P.O. Box 566055, Miami, FL  33256, on this 12th day of June 2019.

                                                                 s/Ena T. Diaz
                                                                 ENA T. DIAZ